IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

NICK LOPEZ, Individually and as
Administrator of the Estate of
Rigoberto Lopez-Alvarado                                      PLAINTIFF

v.                      No. 2:10-cv-76-DPM

T.C. OUTLAW; JERRY CAREY;
JERRY CISSELL; JESSICA CISSELL;
TRACY GUTHRIE; MARK TIPTON;
TIM MOORE; JUAN BALTAZAR;
STEVEN LOPEZ; ROBERT BYNUM;
RANDALL BYRAM; MATTHEW VALENCIA;
ROBERT STEWARD; BRENT STEWARD;
DANNY WESNER; JEREMY LLOYD;
DARYL LLOYD; LINDA SANDERS;
LT. MARK SHELDON; LT. JOHN ELAM;
CAPT. DARYL MAUNE; PALMER
HERRINGTON; SHERYL PHILLIPS;
STERLING AKINS; DARRELL
ORDWAY; TONYA GEROR; and
ALAN MINGO, in their individual capacities              DEFENDANTS

## JUDGMENT

Lopez's nonsuited claims against Sanders, Jessica Cissell, Carey, Phillips, Lopez, Bynum, Byram, Valencia, Robert and Brent Steward, and Danny Wesner, are dismissed without prejudice. № 80. All other claims are dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 April 2013

-2-